# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STS ENERGY PARTNERS, LP, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:14-cv-00591 |
| FEDERAL ENERGY REGULATORY COMMISSION | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

This is a Freedom of Information Act ("FOIA") action in which the plaintiffs, STS Energy Partners, LP, were seeking documents from the defendant, Federal Energy Regulatory Commission, as well as an award of attorneys' fees. The parties have now resolved the issue of what documents Plaintiffs will receive, and have begun discussions on the issue of attorneys' fees.

The parties believe that the court's intervention will be unnecessary during fees discussions, and that it is possible both parties can agree to a voluntary dismissal of this matter if remaining discussions are amicably resolved. Accordingly, both parties request that this matter be stayed for a period of 30 days while such discussions are ongoing. The parties will file another joint status report, or in the alternative a motion for dismissal, on or before June 29, 2015.

The parties have attached a proposed order for the convenience of the Court.

- 2 -

DATED: May 29, 2015                     Respectfully submitted,

                                        _____/s/_____
                                        Christopher C. Horner
                                        1489 Kinross Lane
                                        Keswick VA 22947
                                        (202) 262-4458
                                        CHornerlaw@aol.com
                                        *Counsel for Plaintiffs*


                                        ASSISTANT UNITED STATES ATTORNEY

                                        _____/s/_____
                                        Damon Taaffe
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 252-7566
                                        Damon.Taaffe@usdoj.gov
                                        *Counsel for Defendant*